UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

| | |
|---|---|
| ARCHIE RANDALL HOLMES, HOLMES, AGRIBIZ, INC., and L&W FARMS, INC. ) ) ) ) | |
| Appellants, ) ) | |
| v. ) ) ) ) | **JUDGMENT** <br> No. 4:15-CV-55-D |
| MILLS INTERNATIONAL, INC. ) ) | |
| Appellee. ) | |

**Decision by Court.**

This action came before the Honorable James C. Dever III, Chief United States District Judge, for ruling as follows:

**IT IS ORDERED, ADJUDGED, AND DECREED** that the judgment of the bankruptcy court is AFFIRMED.

**This Judgment Filed and Entered on January 7, 2016, and Copies To:**

| | |
|---|---|
| Jeffrey Michael Cook | (via CM/ECF electronic notification) |
| Joseph Z. Frost | (via CM/ECF electronic notification) |
| Trawick H. Stubbs, Jr. | (via CM/ECF electronic notification) |

| | | |
|---|---|---|
| DATE | | **JULIE RICHARDS JOHNSTON, CLERK** |
| January 7, 2016 | By: | /s/ Crystal Jenkins |
| | | Deputy Clerk |